No. 18.  NORTHERN PACIFIC RAILWAY COMPANY v. JOHN BARTON PAYNE, SECRETARY OF THE INTERIOR.  Ap-

peal from the Court of Appeals of the District of Columbia. October 6, 1920. Dismissed with costs, on motion of counsel for appellant. *Mr. Charles Donnelly, Mr. Alex. Britton* and *Mr. F. W. Clements* for appellant. *The Attorney General* for appellee.